UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED
AUG 2 9 2002
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| JAMES BERNARD PAUL GEITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:02CV1114(ERW) |
| | ) | |
| GENE OVERALL, | ) | |
| GARY KRAUTMANN, | ) | |
| ROBERT LIVERGOOD, | ) | |
| MICHAEL GODFREY, | ) | |
| DEIDRE O'MEARA SMITH, | ) | |
| KIM ELLIOT, | ) | |
| PAUL FOX, | ) | |
| JOAN GILMER, | ) | |
| BARBARA WALLACE, | ) | |
| KENNETH M. ROMINES, and | ) | |
| JAMES R. DOWD, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 29th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 08/30/02 by kklein
 4:02cv1114     Geitz vs Overall

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND AN APPEAL PACKET TO PLAINTIFF.


James Geitz -
#520819
Moberly Correctional Ctr
MCC
P.O. Box 7
Moberly, MO  65270


SCANNED & FAXED BY:
AUG 3 0 2002
MJM