**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

F I L E D

MAY 1 3 2003

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | | |
|---|---|---|
| JAMES B. GEITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:02CV01114 ERW |
| | ) | |
| GENE OVERALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court after remand from the United States Court of Appeals for the Eighth Circuit.  In accordance with the Mandate filed with this Court on May 6, 2003, Plaintiff James B. Geitz's claims against Defendants Gene Overall, Deidre O'Meara Smith, Kim Elliot, and Joan Gilmer shall be reinstated.  Plaintiff sought leave to amend his Complaint prior to dismissal by this Court, and the Court will grant Plaintiff leave to file at this time.

Accordingly,

**IT IS HEREBY ORDERED** that leave to file an amended complaint is **GRANTED**. Plaintiff shall file an amended complaint against Defendants Gene Overall, Deidre O'Meara Smith, Kim Elliot, and Joan Gilmer within **TWENTY (20) DAYS** of the date of this Order. Defendants shall file an answer or other responsive pleading in accordance with the Federal Rules of Civil Procedure.  If no amended complaint is filed, Defendants shall file an answer to the originally filed Complaint or other responsive pleading no later than **June 23, 2003**.

Dated this **13th** day of May, 2003.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/14/03 by gfreeman
                    4:02cv1114     Geitz vs Overall

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND
AN APPEAL PACKET TO PLAINTIFF.


James Geitz -
#520819
Moberly Correctional Ctr
MCC
P.O. Box 7
Moberly, MO  65270

SCANNED & FAXED BY:

MAY 1 4 2003

SAJ